IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v. ) <br> ) <br> **DARRYL KNIGHT** ) <br> ) | Cr. No. 07-081 (CKK) |

**CONSENT MOTION TO CONTINUE TRIAL**

Darryl Knight, through undersigned counsel, hereby requests a continuance of his trial, and states in support the following:

1. Mr. Knight is charged in a four-count indictment with: Unlawful Possession with Intent to Distribute Cocaine Base; Unlawful Possession with Intent to Distribute Cannibis; Using a Firearm during a Drug Trafficking Offense; and Unlawful Possession of a Firearm.

2. Mr. Knight's case is currently scheduled to go to trial on June 27, 2007.

3. Due to the severity of the charges in this case, Assistant Federal Public Defender Mary Petras will be assisting in Mr. Knight's defense.

4. Ms. Petras will be on leave from the office from June 27 to June 29, thus she will be unavailable for the currently scheduled trial date.

5. Assistant United States Attorney Aaron Mendelsohn consents to a continuance.

6. Mr. Knight is willing to waive his speedy trial right to the extent that he must to allow for a continuance.

7. Due to the July 4th holiday the following week, the parties propose setting a new trial date for the week of July 9th.

WHEREFORE Mr. Knight respectfully requests that the Court reschedule his trial for the week of July 9th.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
MARY MANNING PETRAS
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Cr. No. 07-081 (CKK) |
| v. | ) | |
| | ) | |
| **DARRYL KNIGHT** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's consent motion to continue his trial date, it is this

_____ day of May, 2007, hereby

**ORDERED** that defendant's trial date is continued, and it is further

**ORDERED** that a new date of _____ at _____ shall be scheduled.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
United States District Judge