IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. : 07-081 (CKK) |
| | : |
| **v.** | : |
| | : |
| **DARRYL KNIGHT,** | : |
| | : |
| **Defendant.** | : |
| | : |

**GOVERNMENT'S NOTICE OF IMPEACHMENT
BY EVIDENCE OF CONVICTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice, pursuant to Rule 609, Fed. R. Crim. Proc., that if the defendant testifies, the government will seek to impeach him with the following conviction: Conspiracy, Threats, and Assaulting, Resisting, or Impeding Certain Officers or Employees, on July 5, 1997, in the U.S. District Court for the District of Columbia, in Criminal Case No. 96-202.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Aaron H. Mendelsohn, DC Bar # 467570
Assistant U.S. Attorney
United States Attorney's Office
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, D.C. 20530
(202) 514-9519
Aaron.Mendelsohn@USDOJ.gov