IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.     )<br> )<br>DARRYL KNIGHT     )<br>_____) | Cr. No. 07-081 (CKK) |

**MOTION TO WITHDRAW MOTION TO CONTINUE TRIAL**

Darryl Knight, through undersigned counsel, hereby withdraws his Motion to Continue Trial, filed May 11, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Cr. No. 07-0081 (CKK)** |
| **v.** ) | |
| ) | |
| **DARRYL KNIGHT,** ) | |
| ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Withdraw Motion to Continue Trial, it is this _____ day of May, 2007, **GRANTED**.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE