UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-081 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **DARRYL KNIGHT,** | : | |
| Defendant. | : | Trial Date: June 27, 2007 |

### GOVERNMENT'S RESPONSE TO THE DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S NOTICE OF IMPEACHMENT BY EVIDENCE OF CONVICTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the defendant's opposition to the government's notice that if the defendant testifies, the government will seek to impeach him with the following conviction: Conspiracy, Threats, and Assaulting, Resisting, or Impeding Certain Officers or Employees, on July 5, 1997, in the U.S. District Court for the District of Columbia, in Criminal Case No. 96-202.

Pursuant to FRE 609, for the purpose of attacking the character or truthfulness of the defendant at trial, there is no specific requirement that the government provide a certified copy of the above conviction or any statement regarding the factual basis for this conviction in its Notice of Impeachment by Evidence of Conviction.[1]  Upon request, however, the government will provide a copy of the defendant's conviction in Criminal Case No. 96-202 to

---

[1] The defendant mischaracterizes the government's notice, pursuant to FRE 609, as a "motion."  Indeed, the government will also be filing a Notice and Motion to Permit Use of Other Crimes Evidence, pursuant to FRE 404(b), in which the government will provide a statement regarding the factual basis for the defendant's conviction in Criminal Case No. 96-202.

the Court and the defendant.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney

By: _____
    Aaron H. Mendelsohn, DC Bar # 467570
    Assistant U.S. Attorney
    United States Attorney's Office
    Federal Major Crimes Section
    555 4th Street, N.W., Room 4239
    Washington, D.C. 20530
    (202) 514-9519
    Aaron.Mendelsohn@USDOJ.gov

## **Certificate of Service**

    I hereby certify that a copy of the foregoing Government's Response to the Defendant's Opposition to the Government's Notice of Impeachment by Evidence of Conviction was served upon counsel of record for the defendant, Rita Bosworth, Esquire, Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, this 18th day of May, 2007.

_____
AARON H. MENDELSOHN
Assistant United States Attorney