IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 07-0081 (CKK) |
| v. ) | |
| ) | |
| DARRYL KNIGHT, ) | |
| ) | |

ORDER

Upon consideration of the Defendant's Motion to Withdraw Motion to Continue Trial, it is this __21st__ day of May, 2007, *GRANTED*.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE