UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
:
v. : Criminal Action No. **07-081**
: Judge Colleen Kollar-Kotelly
**DARRYL KNIGHT** :
Defendant :
:

FILED

MAY 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SHOW CAUSE ORDER**

On April 10, 2007, Defendant Darryl Knight was released pending trial under the supervision of the Pretrial Services Agency. On May 24, 2007, the Court received a *Request for Judicial Action* from the Pretrial Services Agency stating that Mr. Knight has violated the conditions of his pretrial release by missing two curfew calls on May 12 and May 13, 2007; and failing to report for drug testing on May 15 and on May 22, 2007. In addition, the Pretrial Services Agency has been unable to contact defendant by telephone. (See attached report.)

Accordingly, it is this 24 day of May, 2007, hereby

**ORDERED**, that DARRYL KNIGHT appear before Judge Colleen Kollar-Kotelly on June 4, 2007, at 10:00 a.m., Courtroom #28-Annex, to SHOW CAUSE why he should not enter into the Intensive Supervision Program pending trial, or why his pretrial release should not be revoked.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

## DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY
PSA District Court Unit
333 Constitution Avenue, NW   2nd floor
Washington, DC 20001
Phone: 442-1000 | Fax: 442-1001



### Request for Judicial Action Report

May 16, 2007

**To:** The Honorable Colleen K. Kotelly
**From:** Sharon Smith, Pretrial Services Officer
**Re:** Darryl Knight                                **PDID #:** 317175

| **Docket #:** | **Charge(s):** | **Court Date:** |
|---|---|---|
| CR07-00081 | Carrying and Poss. a firearm during a drug trafficking offense | 06/19/2007 |
| | CSA-Unlawful Distribution of 50 grams or more of cocaine base | |
| | Poss with Intent to Dist A Control Substance Marijuana | |
| | Unlawful Possession of Firearm by a Convicted Felon | |

The above named defendant was released by the Court under the supervision of Pretrial Services Agency (PSA) District Court Unit with the following release conditions:

- Live at
- Comply with a curfew imposed at
- Stay within the D.C. area.
- Report to Pretrial Services Agency (PSA) room C-220 for Court ordered surveillance
- Report to Pretrial Services Agency (PSA) weekly: Report in person.

See the attached Drug Testing report for a record of the defendant's compliance.

Since the last court report on 5/2/2007, the defendant has been noncompliant with the conditions of release.

The defendant missed two (2) curfew calls on 5/12 and 5/13/2007. The defendant also failed to report for drug testing on 5/15/52007. PSA attempted to contact the defendant via phone regarding these violations; however, the defendant could not be reached by phone.

The defendant has been compliant with all other conditions of release.

On 5/15/2007, a records check was completed. There are no indications of any warrants, detainers or additional arrests.

**FILED**
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Based on the foregoing information, Pretrial Services makes the following recommendation:**

- The defendant be placed into the High Intensity Supervision Program.

**Information contained in this report is confidential and not for inclusion in the public record. 42 CFR, Part 2, prohibits the disclosure of substance abuse treatment information without the defendant's consent.**

CC:  Asst U.S. Attorney: Aaron Mendelsohn
     Defense Attorney: Rita Bosworth