# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA  V.  DARRYL KNIGHT  DOB:   PDID# | DOCKET NO 07-081   MAGIS NO  NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED  FILED  JUN 1 1 2007  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT |

WARRANT ISSUED ON THE BASIS OF:
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

DISTRICT OF ARREST

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base: 21:841(A)(1) and 841(B)(1)(a)(III)

Unlawful Possession with Intent to Distribute Cannabis: 21:841(a)(1) and 841(b)(1)(D)

Using, Carrying and Possessing a firearm During a Drug Trafficking Offense: 18:924(c)(1)

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year: 18:922(g)(1)

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION:

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE. |
|---|---|
| Held Without Bond | |

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| Colleen Kollar-Kotelly | United States District Judge | June 5, 2007 |

| CLERK OF COURT | BY DEPUTY CLERK: | DATE |
|---|---|---|
| Nancy Mayer-Whittington | Dorothy Jones Patterson | June 5, 2007 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/11/07 | D. L. BALDWIN  US MARSHALS | [signed] |
| DATE EXECUTED  06/11/07 | | |