UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRYL KNIGHT,<br><br>Defendant. | Crim. No. 07–81 (CKK) |

**ORDER**
(June 18, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 18th day of June, 2007, hereby

ORDERED that should Defendant Knight choose to testify, the Government may impeach him with his prior conviction for the offense of Conspiracy pursuant to 18 U.S.C. § 371 because its probative value outweighs its prejudicial impact, but not for the offenses of Threats pursuant to 22 D.C. Code 504(a), or Assaulting, Resisting, or Impeding Certain Officers or Employees pursuant to 18 U.S.C. § 111(a)(1). The Government shall be limited to introducing the fact that Defendant has been convicted of Conspiracy, and the length of Defendant's sentence therefor (60 months), to generally impeach Defendant's credibility. The Court shall give an appropriate limiting instruction.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge