UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DARRYL KNIGHT,

Defendant.

Crim. No. 07–81 (CKK)

FILED

JUN 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(June 18, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 18th day of June, 2007, hereby

ORDERED that Court is inclined to permit the Government to introduce prior bad acts evidence pursuant to Federal Rule of Evidence 404(b), specifically evidence of the recovery of "fifty-six ziplock bags containing approximately thirty-two grams of cocaine base from the defendant's groin area inside of his pants, [and] an additional ziplock bag containing approximately six grams of marijuana from inside of the defendant's pants . . . ." on May 31, 1996. However, this discussion may be revisited at trial, given the context and the development of the overall record.

SO ORDERED.

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge