UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Criminal No. 07-081 (CKK) |
| DARRYL KNIGHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

Darryl Knight, through undersigned counsel, respectfully proposes the following jury instructions:[1]

I.   **GENERAL INSTRUCTIONS.**

1.03   Preliminary Instruction Before and During the Trial

1.04   A.  Stipulation of Fact

1.05   Cautionary Instruction Prior to First Recess

1.07   Question Not Evidence

1.10 (A) Evaluation of Prior Inconsistent Statement of a Witness-Impeachment (if applicable)

1.10 (B) Evaluation of Prior Inconsistent Statement of a Witness-Substantive Evidence (if

    applicable)

1.22   A Juror's Recognition of a Witness or Other Party Connected to the Case

2.01   Function of the Court

---

[1]   The numbered instructions listed below are taken from the "Redbook" instructions printed in Criminal Jury Instructions for the District of Columbia (4th ed. 1993).  Mr. Knight reserves the right to submit a theory-of-defense instruction and to propose additional instructions based upon the evidence at trial.

2.02    Function of the Jury

2.03    Jury's Recollection Controls

2.04    Evidence in the Case - Stipulations

2.05    Statements of Counsel

2.06    Indictment Not Evidence

2.07    Inadmissible and Stricken Evidence

2.08    Burden of Proof - Presumption of Innocence

2.09    Reasonable Doubt as modified by the District of Columbia Court of Appeals

> The government has the burden of proving the defendant guilty beyond a reasonable doubt.
>
> Reasonable doubt, as the name implies, is a doubt based upon a reason –a doubt for which you have a reason based upon the evidence or lack of evidence in the case.  If, after careful, honest, and impartial consideration of all the evidence, you cannot say that you are firmly convinced of the defendant's guilt then you have a reasonable doubt.
>
> Reasonable doubt is the kind of doubt that would cause a reasonable person, after careful and thoughtful reflection, to hesitate to act in the graver or more important matters in life. However, it is not an imaginary doubt, nor a doubt based on speculation or guess work; it is a doubt based upon reason.  The government is not required to prove guilt beyond all doubt, or to a mathematical or scientific certainty.  Its burden is to prove guilt beyond a reasonable doubt.

Smith v. United States, 709 A.2d 78, 82 (D.C. 1998)

2.10    Direct and Circumstantial Evidence

2.11    Credibility of Witnesses

2.13    Number of Witnesses

2.14    Nature of Charges Not to Be Considered

2.26    Police Officer's Testimony

2.27    Failure of Defendant to Testify (if applicable)

2.28    Defendant as Witness (if applicable)


**II.    INSTRUCTIONS ON CHARGED OFFENSE**

    **A.    Counts One and Two (21 U.S.C. § 841(a)(1)):**

4.29 Possession of a Controlled Substance With Intent to Distribute.

    Count One charges possession with intent to distribute 50 grams or more of a controlled substance, in this case, cocaine base in a form known as crack cocaine, with the intent to distribute.  Count Two charges possession with intent to distribute Marijuana.

    The central elements of these offense, each of which the government must prove beyond a reasonable doubt, are
    1.    That Mr. Knight possessed a controlled substance.
    2.    That he did so knowingly and intentionally.  This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.
    3.    That when he possessed the controlled substance, he had the specific intent to distribute it.

    Distribute means to transfer or attempt to transfer to another person.

    A law makes cocaine base in a form known as crack a controlled substance.  However, you must decide whether the material in question was cocaine base in a form known as crack.  In doing so, you may, but are not required to, consider all the evidence that may help you, including exhibits, expert and non-expert testimony.  Similarly, the law makes marijuana a controlled substance.  However, you must decide whether the material in question was marijuana.  Again, you may, but are not required to, consider all the evidence that may help you, including exhibits, expert and non-expert testimony.

    The word possession is defined as follows.  There are two kinds of possession, actual and constructive.  A person has actual possession of something that he has direct physical control over.  He has constructive possession of something when he does not have direct, physical control over it, but knowingly has both the power and intent at a given time to control it.

    Mere presence near something or mere knowledge of its location is not enough to show possession.  To prove possession the government must prove beyond a reasonable doubt that the defendant had actual or constructive possession of the drugs.

If you unanimously conclude that Mr. Knight he is guilty of possession with intent to distribute cocaine base in a form known as crack, as alleged in Count 1, you must also consider the question of whether the Government has proven beyond a reasonable doubt that the quantity of drugs was 50 grams or more of cocaine base in a form known as crack.

### B.   Count Three (18 U.S.C. § 924(c)):

Count three alleges that Mr. Knight carried, used, or possessed a firearm during and in relation to a drug trafficking offense. The drug trafficking offense alleged is the offense charged in Count 1 of the indictment. Therefore, you do not reach this question unless you unanimously find Mr. Knight guilty of count one.

To sustain its burden of proof in Count three of the indictment, the government must prove each of the following essential elements beyond a reasonable doubt:

1. That Mr. Knight used, carried, or possessed a firearm;

2. That he did so knowingly and intentionally;

3. And that he did so during and in relation to a drug trafficking offense, and in furtherance of the drug trafficking offense he has been charged with in count one.

The term "use" means active employment of a firearm.

The term "carry" means to bear on or about one's person. A firearm is carried on or about one's person if it is located in such proximity to the person as to be convenient and within his reach during the commission of the drug crime charged.

The phrase "in relation to" means that there must be some relation between the firearm and the possession with intent to distribute offense charged in count 1. The firearm must have some purpose or effect with respect to the drug trafficking crimes charged in Count one. The firearm must at least facilitate or have the potential of facilitating the drug trafficking offense in Count one. The term in relation to prevents a person from being punished for this crime when the person's possession of the firearm is coincidental or unrelated to the possession with intent to distribute offense.

The phrase "furtherance of "means the act of furthering, helping forward, promotion, advancement, or progress. To show that the defendant possessed the firearm "in furtherance" of a drug trafficking offense, the Government must show that the firearm was possessed to advance or promote the commission of the underlaying offense in Count one of the indictment . The mere presence of a firearm in an area where a criminal act occurs does not demonstrate that the firearm is possessed "in furtherance" of a drug trafficking crime.

If you do not find that the government has proven beyond a reasonable doubt that Mr. Knight possessed cocaine base charged in Count one with the intent to distribute it, you should not even consider this charge because Mr. Knight cannot be guilty of it. Only if you find that Mr. Knight did not possess cocaine base in Count one with the intent to distribute it, should you then consider whether Mr. Knight possessed the firearm in furtherance of the possession with intent to distribute or whether he used or carried the weapon during in or in relation to that crime.

  C. **Count Four (18 U.S.C. § 922(g)(1)).**

4.79 Possession of Firearm[2]

In addition to Instruction 4.79, the defense requests the following instruction regarding Mr. Knight's prior conviction:

The only relevance of Mr. Knight's prior conviction is for purposes of determining whether Mr. Knight falls within the category of individuals who are covered by the statute. This prior conviction may not in any way be considered by you for any other purpose. It may not be

---

[2] The statute refers to persons who have been convicted of a crime punishable by imprisonment for a term exceeding one year. Mr. Knight requests that the Court and the government, throughout the trial, use this terminology, as opposed to the word "felon." Instruction 4.79 can be easily modified to accomplish this objective.

considered by you for purposes of determining whether it is more likely or less likely that Mr. Knight possessed the gun and ammunition charged in the indictment. Rather, you may only consider the prior conviction in determining whether the government has met its burden of establishing this specific element of the offense. You are not required to accept this evidence, and whether you accept it or not is a matter for you to decide. But if you decide to accept it, you may do so only for the limited purpose that I just explained to you, and you may not consider it as tending to show in any way that the defendant is guilty of the events for which he is now on trial.

If you find the evidence credible, you may consider the evidence of this prior conduct only for the limited purposes that I have described. You may not consider this evidence for any other purpose. The defendant has not been charged here with any offense relating to those other events and is not on trial for them. And you may not consider this evidence to conclude that he has a bad character or criminal tendencies. The law does not allow you to convict a person simply because you believe he may have done bad things not specifically charged as crimes in this case. Mr. Knight is on trial for the crime charged and you may use the evidence of acts not charged only for the limited purpose of helping you decide whether or not he acted intentionally and knowingly.

(See 3.08) Possession - Defined

There are two kinds of possession: actual and constructive. A person has actual possession of something, in this case the gun, if he has direct physical control over it. He has constructive possession of something if he does not have direct physical control over it, but knowingly has both the power and the intention at a given time to control it.

Mere presence near something is not enough to show possession. Mere knowledge of the location of something is not enough to show possession. To prove possession, the government must prove beyond a reasonable doubt that the defendant had actual or constructive possession of the gun and ammunition.

### III.     CLOSING INSTRUCTIONS.

2.71    Election of Foreperson

2.72    Unanimity

2.73    Exhibits During Deliberations (depending upon Court's practice)

2.75    Communications Between Court and Jury During Jury's Deliberations

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500