UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  07-081 (CKK) |
| v. | : | |
| | : | Trial Date:  June 27, 2007 |
| DARRYL KNIGHT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF AUTHORITY IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

Upon the Court's request for the Government to provide legal authority in support of its position with respect to the issue of whether the police officers' search of Defendant's apartment exceeded the scope of the search warrant in this case, the Government respectfully submits the following cases in support thereof:

1. Maryland v. Garrison, 480 U.S. 79, 84-89 (1987);

2. United States v. Patterson, 278 F.3d 315, 316-19 (4th Cir. 2002);

3. United States v. Gottschalk, 915 F.2d 1459, 1461 (10th Cir. 1990);

4. United States v. McCaster, 193 F.3d 930, 932-33 (8th Cir. 1999);

4. United States v. Principe, 499 F.2d 1135, 1137 (1st Cir. 1974);

5. United States v. Ferreras, 192 F.3d 5, 10-15 (1st Cir. 1999); and

6. United States v. Elliott, 893 F.2d 220, 225 (9th Cir. 1990).

JEFFREY A. TAYLOR
United States Attorney

By:  /s/
_____
DONNELL W. TURNER
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4235
Washington, D.C. 20530
(202) 305-1419 (office); (202) 514-6010 (fax)