IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | **Cr. No. 07-81 (CKK)** | |
| v. ) | | |
| ) | | |
| **DARRYL KNIGHT** ) | | |
| _____) | | |

**JOINT MOTION TO CONTINUE TRIAL**

The parties have conferred and jointly request that the Court convert the motions hearing/plea currently set for June 27 at 10:00 into a status conference and continue the trial to a date to be set. The defendant also asks that the Court direct the Probation Office to prepare an expedited pre-plea criminal history calculation to ensure that any potential plea is knowingly entered.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v.            ) <br> ) <br> **DARRYL KNIGHT**            ) <br> _____) | Cr. No. 07-81 (CKK) |

**ORDER**

Upon consideration of Joint motion of the defendant and government to continue the motions hearing and trial in this matter, it is this _____ day of June, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the motions hearing currently scheduled for June 27, 2007 at 10:00 shall be converted to a status conference; and it is further

**ORDERED** that the United States Probation Office shall, on an expedited basis, prepare a Criminal History Calculation for Mr. Knight so that he can make an informed decision before entering a plea in this case.


_____
HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE