UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DARRYL KNIGHT,

Defendant.

Crim. No. 07–81 (CKK)

**ORDER**
(June 22, 2007)

FILED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 22nd day of June, 2007,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the sentencing guidelines for inclusion in a presentence report to be provided to the Court and shared with government's counsel and defense counsel by June 25, 2007 at 5:00 p.m.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge