UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: 
       Plaintiff :
:
vs. : CRIMINAL NO. 07-081
: Judge Colleen Kollar-Kotelly
:
DARRYL KNIGHT :
: **FILED**
       Defendant :
                                         JUL 0 2 2007
                **ORDER**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

     The probation office shall file its Presentence Report by no later than **SEPTEMBER 21, 2007**.

     The parties shall file its Memorandum in Aid of sentencing by no later than **OCTOBER 15, 2007** and it is further;

     ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on **NOVEMBER 16, 2007 AT 9:30 A.M.**

     IT IS SO ORDERED,

Date: _July 2, 2007_

                                                        Colleen Kollar-Kotelly
                                                        United States District Judge

cc:    Chambers
       Files
       Probation
       Aaron Mendelsohn, AUSA
       Rita Bosworth, AFPD