IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 07-081 (CKK) | |
| v. ) | | |
| ) | | |
| DARRYL KNIGHT ) | | |
| _____) | | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE SENTENCING MEMORANDUM

Darryl Knight, through undersigned counsel, hereby requests an extension of time within which to file his sentencing memorandum, and states in support the following:

1. On June 27, 2007, Mr. Knight pled guilty to Unlawful Possession with Intent to Distribute 50 g of Cocaine Base and Unlawful Possession of a Firearm.

2. Mr. Knight is scheduled to be sentenced on November 16, 2007, at 9:30 a.m.

3. The court ordered Mr. Knight to submit his sentencing memorandum by October 15, 2007.

4. All parties are in agreement that until October 31, 2007, Mr. Knight's base offense level is 33, giving him a guideline range of 151-188 months.

5. All parties also agree that if Congress fails to act on the Sentencing Commission's proposed amendment to the sentencing guidelines, a new drug quantity table will be in effect on November 1, 2007. Under the new drug quantity table, Mr. Knight's base offense level will be 31, and his guideline range will be 121-151 months.

6. While Mr. Knight is more than happy to submit his sentencing memorandum today, on the court's original due date, he believes it will be more helpful to the court for him to submit his

memorandum after November 1, 2007, when he knows for sure what his guideline range will be. Were he to submit his memorandum today, he would include lengthy departure arguments that may not be necessary if the new drug quantity table goes into effect on November 1.

7. In order to present a memorandum that is more focused and on point, Mr. Knight respectfully requests that he be permitted to file his sentencing memorandum by the close of business on November 2, 2007. This will still give the court almost two weeks to review his memorandum.

8. Assistant United States Attorney Aaron Mendelsohn does not oppose this motion.

WHEREFORE Mr. Knight respectfully requests that the Court grant his motion for an extension of time within which to file his sentencing memorandum for November 2, 2007.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>                                                  )<br>                **v.**                        )<br>                                                  )<br>**DARRYL KNIGHT**              )<br>_____) | **Cr. No. 07-081 (CKK)** |

**ORDER**

Upon consideration of defendant's unopposed motion for an extension of time to submit his sentencing memorandum, it is this _____ day of October, 2007, hereby

**ORDERED** that defendant's motion is granted, and it is further

**ORDERED** that his memorandum shall now be filed by November 2, 2007.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
United States District Judge