IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
                          )
                          )    Cr. No. 07-081 (CKK)
         v.               )
                          )
DARRYL KNIGHT             )
_____)

### ORDER

Upon consideration of defendant's unopposed motion for an extension of time to submit his sentencing memorandum, it is this __17__ day of October, 2007, hereby

**ORDERED** that defendant's motion is granted, and it is further

**ORDERED** that his memorandum shall now be filed by November 2, 2007.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
United States District Judge