HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-081-01</u> |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| KNIGHT, Darryl | : | Disclosure Date: <u>August 22, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
Prosecuting Attorney                                                                             Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment. *(Defendant still needs to review for any personal history errors.)*

_____                                    _____
Defendant            Date                                                          Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **September 5, 2007**, to U.S. Probation Officer **Kathie McGill**, telephone number (202) 565-1421, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer

**Receipt and Acknowledgment**                                                                                 **Page 2**

Using the amended guidelines which will take effect in November, the appropriate guideline calculation will be offense level 31 for a guideline range of 121-151 months.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____