

Let it be
filed.
Judge CKollar
Kotelly

November- 19, 2007

CR 07-81

Dear your Honorable Judge
Colleen Kollar-Kotelly.

FILED
NOV 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I Darryl Knight 195-769 was Sentence in your Honorable court room on November 16, 2007, By your Honorable Judge, I am unable to offord the cost of an appeal Lawyer, I am asking the permission of the Court to file my appeal at the expense of the goverment, yes I would like to appeal my sentence that I had recieve in your Honorable Judge court room on November 16, 2007 Docket No: CR-07-081-01 I would appricated it very much

Your Truely
Darryl Knight