UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :

vs.                              :   Criminal No. 07-081 (CKK)

DARRYL KNIGHT,                   :

## NOTICE OF APPEAL

**Name and address of appellant:**     Darryl Knight

**Name and address of appellant's attorney:**   Rita Bosworth, Assistant Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, DC 20004

**Offense:** Count 1 - 18 USC 841 Unlawful Possession with Intent to Distribute 50 grams or more of cocaine base; Count 4 - 18:9822(g)(1) Transport Firearms Interstate by felon

**Concise statement of judgment or order, giving date, and any sentence:**

11/15/07: Count 1 - Defendant sentenced to 121 months incarceration; Count 4 - sentenced 121 months incarceration to run concurrent to Count 1; 5 years supervised release, special assessment of $200.00.

**Name of institution where now confined, if not on bail:**  DCDC 195-769
DC Detention Facility
1901 D Street, SE
Washington, DC 20003

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

_12/10/07_____                    _____Darryl Knight_____
DATE                                                     APPELLANT

CJA, NO FEE __FPD____                       _____Rita Bosworth_____
PAID USDC FEE _____                     ATTORNEY FOR APPELLANT
PAID USCA FEE _____

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

_Dickerson Statement submitted_